**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

MCKESSON CORPORATION,
a Delaware corporation,

Plaintiff,

vs. CASE NO. ____________

BENZER OH 2 LLC, n/k/a Easterday Pharmacy LLC, an Ohio limited liability Company; BENZER OH 3 LLC, n/k/a Frazeysburg Pharmacy LLC, an Ohio limited liability company; BENZER OH 4 LLC, n/k/a Lawler's Pharmacy LLC, an Ohio limited liability company; BENZER OH 5 LLC, an Ohio limited liability company; BENZER OH 6 LLC, n/k/a Village Drugs LLC, an Ohio limited liability company; BENZER OH 7 LLC, n/k/a Yellow Springs Pharmacy LLC, an Ohio limited liability company; BENZER OH 8 LLC, n/k/a White Oak Pharmacy LLC, an Ohio limited liability company; BENZER OH 9 LLC, n/k/a Newark Pharmacy LLC, an Ohio limited liability company; BENZER OH 10 LLC, an Ohio limited liability company; BENZER KY1 LLC, a Kentucky limited liability company; BENZER PHARMACY HOLDING LLC, a Florida limited liability company; ALPESH PATEL, individually, MANISH PATEL, individually, and HEMA PATEL, individually,

Defendants.
_________________________________/

**COMPLAINT**

Plaintiff, McKesson Corporation, a Delaware corporation ("McKesson" or "Plaintiff"), by its undersigned attorneys, brings this complaint against Defendants, BENZER OH 2 LLC n/k/a Easterday Pharmacy LLC, an Ohio limited liability company; BENZER OH 3 LLC, n/k/a Frazeysburg LLC, an Ohio limited liability company; BENZER OH 4 LLC, n/k/a Lawler's

Pharmacy LLC, an Ohio limited liability company; BENZER OH 5 LLC, an Ohio limited liability company; BENZER OH 6 LLC, n/k/a Village Drugs LLC, an Ohio limited liability company; BENZER OH 7 LLC, n/k/a Yellow Springs Pharmacy LLC, an Ohio limited liability company; BENZER OH 8 LLC, n/k/a White Oak Pharmacy LLC, an Ohio limited liability company; BENZER OH 9 LLC, n/k/a Newark Pharmacy LLC, an Ohio limited liability company; BENZER OH 10 LLC, an Ohio limited liability company; BENZER KY1 LLC, a Kentucky limited liability company; BENZER PHARMACY HOLDING LLC, a Florida limited liability company; ALPESH PATEL, individually; MANISH PATEL, individually; and HEMA PATEL, individually, and says:

## JURISDICTION AND VENUE

1. This is an action in diversity for damages that exceed $75,000, exclusive of interests, costs, and attorneys' fees.

2. This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1332, as the amount in controversy exceeds the sum or value of $75,000, exclusive of interest and costs and the dispute is between citizens of different states.

3. Venue is proper pursuant to 28 U.S.C. § 1391(b)(1), (b)(2), and (b)(3) in the U.S. District Court for the Middle District of Florida, Tampa Division, because a substantial part of the events or omissions giving rise to the claims in this action occurred in the Middle District and that there is no district in which an action may otherwise be brought and multiple defendants are subject to personal jurisdiction before this Court. Further, pursuant to paragraph 8 of the subject agreement, the Defendants agreed to submit themselves to the jurisdiction of this Court for issues arising out of the subject agreement.

**PARTIES**

4. McKesson Corporation is a Delaware corporation with its principal place of business in the State of Texas.

5. Defendant BENZER OH 2 LLC, n/k/a Easterday Pharmacy LLC, is an Ohio limited liability company ("Benzer OH 2"). On information and belief, the members of BENZER OH 2 are a combination of the following individuals: i) Alpesh Patel; ii) Manish Patel; iii) Hema Patel; iv) Padmaja Patel; v) Hardikkumar C. Patel; vi) Chetna D. Patel; vii) Siddharth V. Patel; or viii) Benzer Pharmacy Holding LLC and each of the foregoing individual members, and with respect to Benzer Pharmacy Holding, LLC, its members are citizens of the State of Florida or Michigan for diversity purposes.

6. Defendant BENZER OH 3 LLC n/k/a Frazeysburg LLC, is an Ohio limited liability company ("Benzer OH 3"). On information and belief, the members of BENZER OH 3 are a combination of the following individuals: i) Alpesh Patel; ii) Manish Patel; iii) Hema Patel; iv) Padmaja Patel; v) Hardikkumar C. Patel; vi) Chetna D. Patel; vii) Siddharth V. Patel; or viii) Benzer Pharmacy Holding LLC and each of the foregoing individual members, and with respect to Benzer Pharmacy Holding, LLC, its members are citizens of the State of Florida or Michigan for diversity purposes.

7. Defendant BENZER OH 4 LLC, n/k/a Lawler's Pharmacy LLC is an Ohio limited liability company ("Benzer OH 4"). On information and belief, the members of BENZER OH 4 are a combination of the following individuals: i) Alpesh Patel; ii) Manish Patel; iii) Hema Patel; iv) Padmaja Patel; v) Hardikkumar C. Patel; vi) Chetna D. Patel; vii) Siddharth V. Patel; or viii) Benzer Pharmacy Holding LLC and each of the foregoing individual members, and with respect

to Benzer Pharmacy Holding, LLC, its members are citizens of the State of Florida or Michigan for diversity purposes.

8. Defendant BENZER OH 5 LLC is an Ohio limited liability company ("Benzer OH 5"). On information and belief, the members of BENZER OH 5 are a combination of the following individuals: i) Alpesh Patel; ii) Manish Patel; iii) Hema Patel; iv) Padmaja Patel; v) Hardikkumar C. Patel; vi) Chetna D. Patel; vii) Siddharth V. Patel; or viii) Benzer Pharmacy Holding LLC and each of the foregoing individual members, and with respect to Benzer Pharmacy Holding, LLC, its members are citizens of the State of Florida or Michigan for diversity purposes.

9. Defendant BENZER OH 6 LLC n/k/a Village Drugs LLC is an Ohio limited liability company ("Benzer OH 6"). On information and belief, the members of BENZER OH 6 are a combination of the following individuals: i) Alpesh Patel; ii) Manish Patel; iii) Hema Patel; iv) Padmaja Patel; v) Hardikkumar C. Patel; vi) Chetna D. Patel; vii) Siddharth V. Patel; or viii) Benzer Pharmacy Holding LLC and each of the foregoing individual members, and with respect to Benzer Pharmacy Holding, LLC, its members are citizens of the State of Florida or Michigan for diversity purposes.

10. Defendant BENZER OH 7 LLC n/k/a Yellow Springs Pharmacy LLC is an Ohio limited liability company ("Benzer OH 7"). On information and belief, the members of BENZER OH 7 are a combination of the following individuals: i) Alpesh Patel; ii) Manish Patel; iii) Hema Patel; iv) Padmaja Patel; v) Hardikkumar C. Patel; vi) Chetna D. Patel; vii) Siddharth V. Patel; or viii) Benzer Pharmacy Holding LLC and each of the foregoing individual members, and with respect to Benzer Pharmacy Holding, LLC, its members are, citizens of the State of Florida or Michigan for diversity purposes.

11. Defendant BENZER OH 8 LLC n/k/a White Oak Pharmacy LLC is an Ohio limited liability company ("Benzer OH 8"). On information and belief, the members of BENZER OH 8 are a combination of the following individuals: i) Alpesh Patel; ii) Manish Patel; iii) Hema Patel; iv) Padmaja Patel; v) Hardikkumar C. Patel; vi) Chetna D. Patel; vii) Siddharth V. Patel; or viii) Benzer Pharmacy Holding LLC and each of the foregoing individual members, and with respect to Benzer Pharmacy Holding, LLC, its members are, citizens of the State of Florida or Michigan for diversity purposes.

12. Defendant BENZER OH 9 LLC, n/k/a Newark Pharmacy LLC is an Ohio limited liability company ("Benzer OH 9"). On information and belief, the members of BENZER OH 9 are a combination of the following individuals: i) Alpesh Patel; ii) Manish Patel; iii) Hema Patel; iv) Padmaja Patel; v) Hardikkumar C. Patel; vi) Chetna D. Patel; vii) Siddharth V. Patel; or viii) Benzer Pharmacy Holding LLC and each of the foregoing individual members, and with respect to Benzer Pharmacy Holding, LLC, its members are, citizens of the State of Florida or Michigan for diversity purposes.

13. Defendant BENZER OH 10 LLC is an Ohio limited liability company ("Benzer OH 10"). On information and belief, the members of BENZER OH 10 are a combination of the following individuals: i) Alpesh Patel; ii) Manish Patel; iii) Hema Patel; iv) Padmaja Patel; v) Hardikkumar C. Patel; vi) Chetna D. Patel; vii) Siddharth V. Patel; or viii) Benzer Pharmacy Holding LLC and each of the foregoing individual members, and with respect to Benzer Pharmacy Holding, LLC, its members are, citizens of the State of Florida or Michigan for diversity purposes.

14. Defendant BENZER KY 1 LLC is a Kentucky limited liability company. On information and belief, the members of BENZER KY 1 LLC are a combination of the following individuals: i) Alpesh Patel; ii) Manish Patel; iii) Hema Patel; iv) Padmaja Patel; v) Hardikkumar

C. Patel; vi) Chetna D. Patel; vii) Siddharth V. Patel; or viii) Benzer Pharmacy Holding LLC and each of the foregoing individual members, and with respect to Benzer Pharmacy Holding, LLC, its members are citizens of the State of Florida or Michigan for diversity purposes.

15. Defendant BENZER PHARMACY HOLDING LLC is a Florida limited liability company. On information and belief, the members of BENZER PHARMACY HOLDING LLC are a combination of the following individuals: i) Alpesh Patel; ii) Manish Patel; iii) Hema Patel; iv) Padmaja Patel; v) Hardikkumar C. Patel; vi) Chetna D. Patel; or vii) Siddharth V. Patel and each of the foregoing individual members are citizens of the State of Florida or Michigan for diversity purposes.

16. Defendant ALPESH PATEL is a natural person domiciled in Florida and is, and was at all times material hereto, *sui juris*.

17. Defendant MANISH PATEL is a natural person domiciled in Michigan and is, and was at all times material hereto, *sui juris*.

18. Defendant HEMA PATEL is a natural person domiciled in Michigan and is, and was at all times material hereto, *sui juris*.

**BACKGROUND FACTS**

19. Benzer Pharmacy Holding LLC is located in Tampa, Florida, and, together with its subsidiaries and affiliates, which include Benzer OH, operates an independent pharmacy chain.

20. Through this network, Benzer Pharmacy Holding LLC and its affiliates and subsidiaries sell prescription and over-the-counter drugs in both physical pharmacies and through online refill services.

21. Benzer Pharmacy Holding LLC arranges for the acquisition of prescription drugs from various distributors for the pharmacy network.

22. Benzer Pharmacy Holding LLC and its affiliates, including Benzer OH 2, Benzer OH 3, Benzer OH 4, Benzer OH 5, Benzer OH 6, Benzer OH 7, Benzer OH 8, Benzer OH 9, Benzer OH 10 and Benzer KY1 LLC (collectively the "Benzer Pharmacies"), entered business arrangements with McKesson to obtain prescription drugs for its pharmacy network and affiliates.

23. In conjunction with these business arrangements, the Benzer Pharmacies became indebted to McKesson, executing promissory notes payable to McKesson as part of these arrangements.

24. As part of facilitating the supply of prescription drugs for the pharmacy network participants, which include Benzer OH, Benzer Pharmacy Holding LLC provided assurances of payment to the prescription drug distributors, guarantying the payment of its affiliates and subsidiaries obligations to the prescription drugs for the pharmacy network participants.

25. Similarly, Defendants Alpesh Patel, Hema Patel and Manish Patel entered into agreements guarantying the payment of the obligations of the various of the Benzer Pharmacies to McKesson. The Benzer Pharmacies, Benzer Pharmacy Holding LLC, Alpesh Patel, Manish Patel and Hema Patel shall collectively be referred to as the "Benzer Defendants."

26. The Benzer Pharmacies defaulted on their financial obligations to McKesson.

27. McKesson filed suit against the Benzer Pharmacies and their guarantors in state and federal court seeking money judgments for the sums owed to McKesson by the Benzer Pharmacies and their guarantors.

28. McKesson obtained the following judgments against the Defendants in this action arising from their defaults upon their respective financial obligations to McKesson:

a. A default judgment dated January 13, 2025, in the amount of $144,476.64, plus interest accruing at the judicial rate, entered against Benzer KY 1 LLC, Benzer Pharmacy Holding LLC, Alpesh Patel, and Manish Patel in *McKesson Corporation v. Benzer KY*



144592853.1

*1 LLC, et al.,* pending in the United States District Court for the Middle District of Florida, Tampa Division, Case No. 8:24-cv-01256-WFJ-SPF;

b. A default judgment dated September 18, 2024, in the amount of $279,050.11, plus interest accruing at the judicial rate, entered against Benzer OH 2 LLC, Benzer Pharmacy Holding LLC, Alpesh Patel, Manish Patel, and Hema Patel in McKesson Corporation v. Benzer OH 2 LLC, et al., pending in the United States District Court for the Middle District of Florida, Tampa Division, Case No. 8:24-cv-01294-SDM-AAS;

c. A default judgment dated January 10, 2025, in the amount of $152,491.19, plus interest accruing at the judicial rate, entered against Benzer OH 3 LLC, Benzer Pharmacy Holding LLC, Alpesh Patel, Manish Patel, and Hema Patel in McKesson Corporation v. Benzer OH 3 LLC, et al., pending in the United States District Court for the Middle District of Florida, Tampa Division, Case No. 8:24-cv-01313-MSS-CPT.

d. A final judgment after default dated December 20, 2024, in the amount of $175,013.10, plus interest accruing at the judicial rate, entered against Benzer OH 4 LLC, Benzer Pharmacy Holding LLC, Alpesh Patel, Manish Patel, and Hema Patel in McKesson Corporation v. Benzer OH 4 LLC, et al., pending in the United States District Court for the Middle District of Florida, Tampa Division, Case No. 8:24-cv-01359-SDM-AEP.

e. A default judgment dated November 12, 2024, in the amount of $128,684.62, plus interest accruing at the judicial rate, entered against Benzer OH 6 LLC, Alpesh Patel, Manish Patel, and Hema Patel, and a default judgment dated January 8, 2025, in the amount of $130,632.85, plus interest accruing at the judicial rate, against Benzer Pharmacy Holding LLC in McKesson Corporation v. Benzer OH 6 LLC, et al., pending in the United States District Court for the Middle District of Florida, Tampa Division, Case No. 8:24-cv-01396-WFJ-SPF;

f. A default judgment dated November 12, 2024, in the amount of $88,135.08, plus interest accruing at the judicial rate, entered against Benzer OH 7 LLC, Alpesh Patel and Manish Patel, and a default judgment dated February 5, 2025, in the amount of $90,031.01, plus interest accruing at the judicial rate, against Benzer Pharmacy Holding LLC in McKesson Corporation v. Benzer OH 7 LLC, et al., pending in the United States District Court for the Middle District of Florida, Tampa Division, Case No. 8:24-cv-01398-WFJ-NHA;

g. A final default judgment dated December 17, 2024, in the amount of $298,413.28, plus interest accruing at the judicial rate, entered against Benzer OH 8 LLC, Benzer Pharmacy Holding LLC, Alpesh Patel, Manish Patel, and Hema Patel in McKesson Corporation v. Benzer OH 8 LLC, et al., pending in the United States District Court for the Middle District of Florida, Tampa Division, Case No. 8:24-cv-01399-MSS-CPT;

h. A default judgment dated December 4, 2024, in the amount of $140,549.75, plus interest accruing at the judicial rate, entered against Benzer OH 9 LLC, Benzer Pharmacy Holding LLC, Alpesh Patel, Manish Patel, and Hema Patel in McKesson

Corporation v. Benzer OH 9 LLC, et al., pending in the United States District Court for the Middle District of Florida, Tampa Division, Case No. 8:24-cv-01413-KKM-LSG; and

i. A default judgment dated October 24, 2024, in the amount of $87,841.52, plus interest accruing at the judicial rate, entered against Benzer OH 10 LLC, Alpesh Patel, and Manish Patel, and a default judgment dated February 18, 2025, in the amount of $90,297.82, plus interest accruing at the judicial rate, entered against Benzer Pharmacy Holding LLC in McKesson Corporation v. Benzer OH 10 LLC, et al., pending in the United States District Court for the Middle District of Florida, Tampa, Case No. 8:24-cv-1415-SDM-NHA; and

j. A final default judgment dated July 21, 2025, in the amount of $68,804.81, plus interest accruing at the judicial rate, entered against Benzer OH 5 LLC, Benzer Pharmacy Holding LLC, and Alpesh Patel in McKesson Corporation v. Benzer OH 5, LLC, et al., pending in the Circuit Court for the Thirteenth Judicial Circuit in and for Hillsborough County, Florida, Case. No. 24-CA-009061, (collectively the “Final Judgments”).

29. After McKesson obtained the Final Judgments against the various Benzer Defendants, McKesson and the Benzer Defendants engaged in discussions regarding a global resolution of the obligations of the Benzer Defendants to McKesson.

30. As a result of these discussions, on or about February 6, 2026, McKesson and the Benzer Defendants entered into a Settlement and Release Agreement (the “Agreement”), a true and correct copy of which is annexed hereto as **Exhibit A.**

31. Pursuant to the terms of the Agreement, the Benzer Defendants were obligated to make three payments to McKesson, beginning with an initial payment of $400,000.00 upon execution of the Agreement, followed by two (2) additional installments of $225,000.00 per payment due and payable 30 days and 60 days after the initial payment.

32. Defendants failed to make the payments due pursuant to the terms of the Agreement on February 6, 2026, and thereafter.

33. Through its counsel, McKesson demanded payment, but the Benzer Defendants failed to make the payments due pursuant to the Agreement**.**

34. As a result of Benzer Defendants failure to pay pursuant to the terms of the Agreement, the Benzer Defendants have breached the Agreement.

35. Pursuant to the Agreement, in the event of default upon the terms of the Agreement by the Benzer Defendants, the Benzer Defendants shall be collectively obligated for the total amount of the Final Judgments plus all interest accrued thereupon, plus a sum equal to an additional ten (10) percent of the pre-settlement Final Judgments.

36. Because of the default of the Benzer Defendants, it has become necessary for McKesson to collect the amounts due pursuant to the Agreement through its attorneys, and McKesson has agreed to pay them a reasonable fee for their services herein.

37. Additionally, pursuant to the Agreement, McKesson is entitled to recover all costs, not limed to taxable costs, and all expenses, including a reasonable attorneys' fee incurred in seeking enforcement of the Agreement.

38. As a result of the default under the Agreement, the Benzer Defendants owe McKesson the total of the Final Judgments, $1,874,421.78 in principal, plus interest accruing thereupon, plus a sum equal to an additional ten (10) percent of the pre-settlement Final Judgments which is $187,442.18, for a total of $2,061,863.96, plus interest that continues to accrue, the costs of collection, including court fees, service of process fees and reasonable attorneys' fees, incurred and to be incurred in connection with this lawsuit.

39. McKesson has retained the services of the undersigned attorneys and is obligated to pay its attorneys a reasonable fee for their services rendered in connection with this action plus all costs incurred in this action.

40. Pursuant to the terms of the Agreement, McKesson is entitled to be reimbursed by the Benzer Defendants for such fees.

41. All conditions precedent to the relief demanded herein have been performed, waived, or have occurred.

WHEREFORE, McKesson Corporation demands judgment against Defendants, BENZER OH 2 LLC n/k/a Easterday Pharmacy LLC, an Ohio limited liability company; BENZER OH 3 LLC, n/k/a Frazeysburg LLC, an Ohio limited liability company; BENZER OH 4 LLC, n/k/a Lawler's Pharmacy LLC, an Ohio limited liability company; BENZER OH 5 LLC, an Ohio limited liability company; BENZER OH 6 LLC, n/k/a Village Drugs LLC, an Ohio limited liability company; BENZER OH 7 LLC, n/k/a Yellow Springs Pharmacy LLC, an Ohio limited liability company; BENZER OH 8 LLC, n/k/a White Oak Pharmacy LLC, an Ohio limited liability company; BENZER OH 9 LLC, n/k/a Newark Pharmacy LLC, an Ohio limited liability company; BENZER OH 10 LLC, an Ohio limited liability company; BENZER KY1 LLC, a Kentucky limited liability company; BENZER PHARMACY HOLDING LLC, a Florida limited liability company; ALPESH PATEL, individually; MANISH PATEL, individually; and HEMA PATEL, jointly and severally, in the sum of $2,061,863.96, in principal, plus interest, late charges and the costs of collection, including court fees, service of process fees and reasonable attorneys' fees and costs.

Dated: August 27, 2026

/s/ *Kathleen S. McLeroy*
Kathleen S. McLeroy
Florida Bar No. 856819
kmcleroy@carltonfields.com
CARLTON FIELDS, P.A.
Post Office Box 3239
Tampa, Florida 33601-3239
Telephone: 813.223.7000
Facsimile: 813.229.4133
*Attorneys for Plaintiff*